IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TOMMY ROBINSON,
   Plaintiff

v.                      Civil No. AMD 96-896

ALVIN HOUSTON, et al.,
   Defendants

TOMMY ROBINSON,
   Plaintiff

v.                      Civil No. AMD 96-1388

EUGENE NUTH, et al.,
   Defendants

...oOo...

## JUDGMENT

This matter came on for trial before the Court and a Jury, Honorable Andre M. Davis, United States District Judge, presiding. The Court granted the renewed motion of defendants for summary judgment as to the claim for denial of due process. The oral motion of defendants for judgment as matter of law made at the conclusion of all the evidence was granted. Accordingly, it is this 27th day of September, 2000,

1.    ORDERED that judgment is entered in favor of defendants against plaintiff;

2.    Any and all prior rulings made by this Court disposing of any claims against any parties are incorporated by reference herein and this order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.

_____
ANDRE M. DAVIS
United States District Judge